GIUSEPPE LA BARBERA, Appellant, *v.* THE UNION RAILWAY COMPANY, Respondent.

*La Barbera* v. *Union Ry. Co.*, 115 App. Div. 899, affirmed.
(Argued February 21, 1908; decided March 13, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for loss of services and expense incurred by reason of personal injuries alleged to have been sustained by plaintiff's wife through defendant's negligence.

*George J. McDonnell, Michael O. Rini* and *Charles C. Smith* for appellant.

*Edward D. O'Brien* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.